JOHN E. RING, PETITIONER-PETITIONER, v. JUNE STRELECKI, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Carl E. Ring* for the petitioner.

*Mr. Arthur J. Sills, Mr. Richard Newman* and *Mr. Alan D. Kirby* for the respondents.

May 2, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. WILLIAM B. PURYEAR, DEFENDANT-RESPONDENT.

See same case below: 94 *N. J. Super.* 125.

*Mr. Brendan T. Byrne* and *Mr. Barry H. Evenchick* for the petitioner.

*Mr. Thomas E. Durkin, Jr.* and *Mr. William J. Gearty* for the respondent.

May 2, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF, CROSS-RESPONDENT, v. WILLIAM B. PURYEAR, DEFENDANT, CROSS-PETITIONER.

See same case below: 94 *N. J. Super.* 125.

*Mr. Thomas E. Durkin, Jr.* and *Mr. William J. Gearty* for the cross-petitioner.

*Mr. Brendan T. Byrne* and *Mr. Barry H. Evenchick* for the cross-respondent.

May 2, 1967. Denied.